IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELLY CONARD,** | : | Civil No. 1:15-cv-0351 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | **Judge Rambo** |
| **PENNSYLVANIA STATE POLICE, et al.,** | : | |
| | : | **Magistrate Judge Carlson** |
| **Defendants.** | : | |

# **O R D E R**

AND NOW, this 24th day of May, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The recommendation that Defendants' motion to strike be denied is adopted, and the motion is denied.

2) The recommendation that Defendants' motion to dismiss be granted is adopted and the within action is dismissed with prejudice.

3) The undersigned declines to accept the recommendation that Plaintiff be directed to file a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).[1]

4) The clerk of court shall close this file.

                                                     s/Sylvia H. Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge

---

[1] As noted in the accompanying memorandum, much of the confusion in the amended complaint has been clarified in Conard's objections to the report and recommendation.