IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELLY CONARD,** | : | Civil No. 1:15-cv-0351 |
| **Plaintiff,** | : | |
| v. | : | |
| **PENNSYLVANIA STATE POLICE,** et al., | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, IT IS HEREBY ORDERED as follows:

1) The report and recommendation of the magistrate judge is adopted insofar as he recommends granting summary judgment as to Sergeant Hile and the State Police but rejected in all other respects;

2) Defendant's motion for summary judgment is GRANTED in its entirety;

3) The Clerk of Court is DIRECTED to close this case; and

4) Any appeal taken from this order is deemed frivolous and not in good faith.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge

Dated: November 30, 2020